# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00329-CR

**Anthony Lee Gardner, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT NO. 0001942, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On October 31, 2000, Anthony Lee Gardner was sentenced to fifteen years in prison for sexually assaulting a child. On March 22, 2004, Gardner filed a motion for out of time appeal in the district court. *See* Tex. R. App. P. 26.2(a). The court overruled the motion and the record was forwarded to this Court. The court certified that this is a plea bargain case and Gardner has no right of appeal. *See* Tex. R. App. P. 25.2(d).

Because the notice of appeal was not timely, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   June 24, 2004

Do Not Publish